UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>    Plaintiff,<br><br>v.<br><br>M.E. SPEARMAN, *et al.*,<br><br>    Defendants. | Case No. 1:17-cv-01691-EPG (PC)<br><br>**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME**<br><br>(ECF No. 14) |

    Francisco Sierra ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On July 17, 2018, the Court issued a screening order directing Plaintiff to file an amended complaint, file a notice that he wishes to proceed on the claims found cognizable by the Court, or file a notice that he wishes to stand on his original complaint within thirty days. (ECF No. 11).

    On August 15, 2018, Plaintiff filed a motion for an extension of 45 to 60 days to respond to the screening order. (ECF No. 12). Plaintiff stated that he requires additional time to complete legal research. *Id.* Good cause appearing, the Court granted the motion, and extended Plaintiff's time within which to respond to the screening order to October 22, 2018.

    Plaintiff now moves for a second extension of time. (ECF No. 14). Plaintiff states that he is still researching the law regarding preparing and perfecting his first amended complaint, and is unable to estimate what amount of time he requires to do so. *Id.* at 3.

1

Good cause appearing, the Court will grant Plaintiff a final 60-day extension. Accordingly, Plaintiff shall file his response to the screening order, (ECF No. 11), by no later than December 21, 2018.

No further extension of time will be granted. If Plaintiff fails to (1) file an amended complaint, (2) file a notice that he wishes to proceed on the claims found cognizable by the Court, or (3) file a notice that he wishes to stand on his original complaint by December 21, 2018, the Court will issue findings and recommendations to the assigned district judge recommending that Plaintiff's case be dismissed for failure to prosecute and failure to comply with a Court order.

IT IS SO ORDERED.

Dated: **October 11, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE