UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>Plaintiff,<br><br>v.<br><br>T. THOMPSON and J. CASTELLANOS,<br><br>Defendants. | No. 1:17-cv-01691-DAD-EPG (PC)<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 54) |

On January 11, 2021, Defendants filed a motion to modify the scheduling order. (ECF No. 54). The motion states that Defendants were unable to take Plaintiff's deposition due to the COVID-19 pandemic and need an extension of time to do so. Defendants request that the Court modify the scheduling order by continuing the deadline for non-expert discovery and for the filing of dispositive motions. Plaintiff has not filed an opposition to Defendants' motion.

Good cause appearing, the Court GRANTS Defendants' motion. Accordingly, IT IS HEREBY ORDERED that the scheduling order is modified as follows:

| Event | Previous Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Non-Expert Discovery | January 19, 2021 | February 19, 2021 |
| Dispositive Motions | February 18, 2021 | April 5, 2021 |

1

| Event | Previous Date or Deadline | Revised Date or Deadline |
|---|---|---|
| Expert Disclosures | August 23, 2021 | August 23, 2021 (unchanged) |
| Rebuttal Expert Disclosures | September 22, 2021 | September 22, 2021 (unchanged) |
| Plaintiff's Pretrial Statement | October 22, 2021 | January 7, 2022 |
| Defendants' Pretrial Statement | November 22, 2021 | December 9, 2021 |
| Telephonic Trial Confirmation Hearing | December 13, 2021 | February 7, 2022 at 1:30 p.m. |

IT IS SO ORDERED.

Dated:  **February 1, 2021**           /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE