UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T. THOMPSON and J. CASTELLANOS,<br><br>　　　　Defendants. | No. 1:17-cv-01691-DAD-EPG (PC)<br><br>ORDER CONCERNING LETTER<br><br>(ECF No. 62) |

　　　　On April 19, 2021, Plaintiff Francisco Sierra, a state inmate proceeding *pro se* and *in forma pauperis*, filed a letter with the Court. (ECF No. 62). The letter is not a motion for extension of time, but it does raise a number of issues that appear to be making it difficult to respond to Defendant's pending motion for summary judgment (ECF No. 58), such as limited access to the law library.

　　　　Accordingly, the Court will give Plaintiff an additional 30 days to respond to the motion for summary judgment. If Plaintiff needs an additional extension, he may file a motion for an extension of time. If Plaintiff needs the extension because he lacks law library access, Plaintiff shall indicate what steps he has taken to receive law library or paging access, including by attaching any grievances he has filed and any institutional responses.

///

///

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall respond to Defendants' motion for summary judgment (ECF No. 58) no later than May 26, 2021.

IT IS SO ORDERED.

Dated: __**April 22, 2021**__              /s/ Erica P. Grosjean
                                                                      UNITED STATES MAGISTRATE JUDGE