1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRANCISCO SIERRA,                          No.  1:17-cv-01691-DAD-EPG (PC)

12                      Plaintiff,

13          v.                                   ORDER ADOPTING FINDINGS AND
                                                 RECOMMENDATIONS
14   T. THOMPSON, et al.,
                                                 (Doc. No. 68)
15                      Defendants.

16

17          Plaintiff Francisco Sierra is a state prisoner proceeding *pro se* and *in forma pauperis* in

18   this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On August 30, 2021, the assigned magistrate judge issued findings and recommendations,

21   recommending that defendants' motion for summary judgment (Doc. No. 58) be granted in part

22   and denied in part.  (Doc. No. 68.)  Specifically, the findings and recommendations recommend

23   that defendants' motion for summary judgment be granted as to plaintiff's retaliation claim

24   against defendant Thompson and denied as to plaintiff's cruel-and-unusual-punishment claim

25   brought against defendant Castellanos.  (*Id.*)  The findings and recommendations were served on

26   the parties and contained notice that any objections thereto were to be filed within twenty-one

27   (21) days from the date of service.  (*Id.*)  To date, plaintiff has filed a document entitled

28   "objections to magistrate judge's findings and recommendations."  (Doc. No. 69.)  However, that

                                              1

filing contains no substantive objections.  (*Id.*)  Defendants have not filed objections to the pending findings and recommendations and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on August 30, 2021 (Doc. No. 68) are adopted in full;

2. Defendants' motion for summary judgment (Doc. No. 58) is granted as to plaintiff's retaliation claim against defendant Thompson and denied as to plaintiff's cruel-and-unusual-punishment claim against defendant Castellanos; and

3. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  __**October 21, 2021**__               _____
                                              UNITED STATES DISTRICT JUDGE