UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>    Plaintiff,<br><br>v.<br><br>J. CASTELLANOS,<br><br>    Defendant. | Case No. 1:17-cv-01691-DAD-EPG (PC)<br><br>ORDER SETTING SETTLEMENT CONFERENCE<br><br>(ECF No. 70) |

    Plaintiff Francisco Sierra is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action. Following the district judge's decision adopting this Court's findings and recommendations, this case now proceeds on Plaintiff's cruel-and-unusual-punishment claim against Defendant Castellanos. (ECF No. 70). Upon consideration of the referral of this case for further proceedings, the Court concludes that this case will benefit from a settlement conference.

    Accordingly, IT IS ORDERED that:

    1.    Within fourteen (14) days from the date of service of this order, the assigned Deputy Attorney General shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference. Thereafter, the Court will issue an order setting a settlement conference. That order will include the date of the conference and the Magistrate Judge who will oversee the conference, and may also include procedures required by that Judge.

    2.    Because the parties will be pursuing settlement, the Court vacates the remaining

deadlines/dates in this case (*i.e.*, the parties' deadlines to file pretrial statements and the telephonic trial confirmation hearing). (ECF No. 56). If necessary, the Court will issue another scheduling order following the settlement conference.

IT IS SO ORDERED.

Dated:  **October 22, 2021**           /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE