1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   FRANCISCO SIERRA,                          Case No. 1:17-cv-01691-DAD-EPG (PC)

12               Plaintiff,

                                                 **ORDER SETTING TELEPHONIC PRE-**
13        v.                                     **SETTLEMENT CONFERENCE AND**
                                                 **SETTLEMENT CONFERENCE**
14   J. CASTELLANOS,                             **PROCEDURES**

15               Defendant.

16

17        This matter is set for a settlement conference before the undersigned on June 14, 2022, at

18   10:00 a.m. (Doc. 74.) The Court herein sets a telephonic pre-settlement conference and

19   conference-related procedures.

20        Accordingly, the Court ORDERS:

21        1.  The Court SETS a telephonic pre-settlement conference for **June 8, 2022, at 1:30**

22            **p.m.** before the undersigned to discuss whether the settlement conference will be

23            productive. Defense counsel shall arrange for Plaintiff's participation. The parties

24            shall dial 1-888-557-8511 and enter access code 6208204# for the telephonic

25            conference.

26        2.  The settlement conference on June 14, 2022, will be conducted over Zoom.[1] Defense

27            counsel shall arrange for Plaintiff's participation. Prior to the conference, defense

28
_____
[1] The Court will notify the parties in advance if the settlement conference will proceed by other means.

1    counsel shall contact the undersigned's courtroom deputy at

2    wkusamura@caed.uscourts.gov for the Zoom videoconference connection

3    information. The Court will issue a writ of *habeas corpus ad testificandum* to allow

4    for Plaintiff's participation, as appropriate.

5    3.  Each party or a representative with full authority to negotiate and enter into a binding

6        settlement agreement shall participate in the conference. The failure of any counsel,

7        party, or authorized person subject to this order to participate in the conference may

8        result in the imposition of sanctions.

9    4.  Consideration of settlement is a serious matter that requires thorough preparation prior

10       to the settlement conference. Participants in the conference must be prepared to

11       discuss the claims, defenses, and damages.

12   5.  The parties shall engage in <u>informal</u> settlement negotiations as follows:

13       No later than **May 3, 2022**, Plaintiff shall submit to Defendants, by mail, a written

14       itemization of damages and a meaningful settlement demand, including a brief

15       explanation of why such settlement is appropriate, which shall not exceed 5 pages.

16       No later than **May 17, 2022**, Defendants shall respond, by mail or telephone, with an

17       acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief

18       explanation of why such settlement is appropriate.

19

20       If settlement is achieved, the parties shall file a Notice of Settlement as required by

21       Local Rule 160.

22   6.  If settlement is not achieved informally, the parties shall submit confidential

23       settlement conference statements no later than **May 31, 2022**. Defendants shall email

24       their statement to skoorders@caed.uscourts.gov. Plaintiff shall mail his statement,

25       clearly captioned "Confidential Settlement Conference Statement," to United States

26       District Court, Attn: Magistrate Judge Sheila K. Oberto, 2500 Tulare Street, Room

27       1501, Fresno, CA 93721.

28       Once the parties have submitted their statements, they shall file a "Notice of

Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

7.  The confidential settlement conference statements should be no longer than 5 pages in length and include:

    a.  A brief summary of the facts of the case;

    b.  A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

    c.  A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

    d.  An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

    e.  A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on settlement, including the amount the party would offer and accept to settle (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

    f.  A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

    g.  If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

IT IS SO ORDERED.

Dated:  __**December 10, 2021**__                   ____/s/ *Sheila K. Oberto*____
                                                    UNITED STATES MAGISTRATE JUDGE