UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>    Plaintiff,<br><br>v.<br><br>J. CASTELLANOS,<br><br>    Defendant. | Case No. 1:17-cv-01691-DAD-EPG (PC)<br><br>ORDER RESETTING DEADLINE FOR PRETRIAL STATEMENTS AND DATE FOR TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>(ECF Nos. 46, 71, 88) |

    Plaintiff Francisco Sierra is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action. Following the District Judge's decision adopting this Court's findings and recommendations, this case now proceeds on Plaintiff's cruel-and-unusual-punishment claim against Defendant Castellanos. (ECF No. 70).

    The Court set this matter for a settlement conference and vacated the parties' deadlines to file pretrial statements and the date for the telephonic trial confirmation hearing, to be reset, if necessary, following the settlement conference. (ECF No. 71). On June 14, 2022, a settlement conference was held, with the parties failing to reach an agreement. (ECF No. 88). Accordingly, the Court will reset the deadline for pretrial statements, which shall be due simultaneously, and reset the date for the telephonic trial confirmation hearing.

\\\
\\\

Based on the foregoing, IT IS ORDERED that:

1. Each party file their pretrial statements by no later than August 15, 2022.

2. The telephonic trial confirmation hearing shall be held on September 12, 2022, at 1:30 p.m. before District Judge Dale A. Drozd. To participate telephonically, the parties must dial into the conference at 877-402-9757, using access code 6966236, at the time of the hearing. Counsel for Defendant is required to arrange for the participation of Plaintiff in the Telephonic Trial Confirmation Hearing.

3. The Clerk of Court is directed to mail a copy of the Court's May 22, 2020 scheduling order and attachment thereto (ECF No. 46; ECF No. 46-1) to Plaintiff along with the instant order. The parties are directed to review the portions of that order and attachment concerning the requirements and procedures for the filing of their pretrial statements and participation in the telephonic trial confirmation hearing.

IT IS SO ORDERED.

Dated:  **June 17, 2022**                    /s/ Erica P. Grosjean
                                             UNITED STATES MAGISTRATE JUDGE