UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>     Plaintiff,<br><br>v.<br><br>J. CASTELLANOS,<br><br>     Defendant. | Case No. 1:17-cv-01691-ADA-EPG (PC)<br><br>ORDER EXTENDING DEADLINE FOR PLAINTIFF'S PRETRIAL STATEMENT AND RESETTING TELEPHONIC TRIAL CONFIRMATION HEARING<br><br>(ECF Nos. 89) |

     Plaintiff Francisco Sierra is a state inmate proceeding *pro se* and *in forma pauperis* in this civil rights action. Following the District Judge's decision adopting this Court's findings and recommendations, this case now proceeds on Plaintiff's cruel-and-unusual-punishment claim against Defendant Castellanos. (ECF No. 70).

     On June 17, 2022, the Court set an August 15, 2022 deadline for the parties to file simultaneous pretrial statements and scheduled the telephonic trial confirmation hearing for September 12, 2022, before then presiding District Judge Dale A. Drozd. (ECF No. 89). Defendant filed his pretrial statement on August 15, 2022, but Plaintiff has not filed his statement nor filed a motion seeking an extension of time to do so.

     Although such failure may warrant sanctions, given Plaintiff's status as a *pro se* prisoner, the Court will *sua sponte* extend the time for Plaintiff to file his pretrial statement and will reset the telephonic trial confirmation hearing before District Judge Ana de Alba, who has been reassigned to this case. (ECF Nos. 46, 91).

Accordingly, IT IS ORDERED as follows:

1. Plaintiff shall file his pretrial statement by no later than September 29, 2022. If Plaintiff fails to do so, he is warned that this Court may recommend sanctions, including dismissal of this case for failure to comply with the Court's orders and to prosecute the case.

2. The telephonic trial confirmation hearing set for September 12, 2022, is vacated and the hearing shall now be held on November 14, 2022, at 1:30 p.m. before District Judge Ana de Alba. To participate telephonically, the parties must dial into the conference at 1−888−557−8511 (access code 2219767) at the time of the hearing. Counsel for Defendant is required to arrange for the participation of Plaintiff in the Telephonic Trial Confirmation Hearing.

3. The Clerk of Court is directed to mail a copy of the Court's May 22, 2020 scheduling order and attachment thereto (ECF No. 46; ECF No. 46-1) to Plaintiff along with the instant order. Plaintiff is directed to review the portions of that order and attachment concerning the requirements and procedures for the filing of his pretrial statement and participation in the telephonic trial confirmation hearing. Plaintiff is advised that the dial-in information contained in the scheduling order (ECF No. 46) is for the previously assigned District Judge and the parties must instead use the information (listed above) for now presiding District Judge Ana de Alba to participate in the conference.

IT IS SO ORDERED.

Dated:   **August 29, 2022**         /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE