UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CASTELLANOS,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01691-ADA-EPG (PC)<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 104) |

　　　On January 27, 2023, the parties filed a stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 104). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.

　　　Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 30, 2023**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1